MICHAEL J. MORIARTY et al., Appellants, *v.* JAMES BUTLER GROCERY COMPANY et al., Defendants, and DOROTHY C. BUTLER, as Executrix of JAMES BUTLER, JR., Deceased, et al., Respondents.

Argued June 11, 1941; decided October 7, 1941.

*Frederick E. Crane, George Gussaroff, William R. Rawick, W. I. Levy, William F. Corson* and *Joseph Nemerov* for appellants.

*Alfred J. L'Heureux, Pete X. McManus* and *Frederick S. Rogan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: DESMOND, J.